IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02396-AP

FERNANDO BOTELLO,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ann J. Atkinson | TROY A. EID |
| 7960 South Ireland Way | United States Attorney |
| Aurora, CO 80016 | |
| Telephone (303) 680-1881 | KEVIN TRASKOS |
| Facsimile (303) 680-7891 | Deputy Chief, Civil Division |
| E-mail: atkinsonaj@aol.com | United States Attorney's Office |
| | 1225 17th Street, Suite 700 |
| Attorney for Plaintiff | Denver, CO 80202 |
| | Telephone: (303) 454-0184 |
| | Facsimile: (303) 454-0400 |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Attorneys for Defendant |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** November 15, 2007
**B. Date Complaint Was Served on U.S. Attorney's Office:** November 19, 2007
**C. Date Answer and Administrative Record Were Filed:** January 28, 2008 (Answer) and January 29, 2008 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. BRIEFING SCHEDULE

Because of workload, counsel for the Commissioner requests that the briefing schedule commence later than 40 days after the filing of this Joint Case Management Plan. Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** April 30, 2008
**B. Defendant's Response Brief Due:** May 30, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** June 16, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:**
Plaintiff does not request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. (**X**) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 19th day of February, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Ann. J. Atkinson
Ann J. Atkinson
7960 South Ireland Way
Aurora, CO 80016
Telephone (303) 680-1881
Facsimile (303) 680-7891
E-mail: atkinsonaj@aol.com

Attorney for Plaintiff


For Defendant:

TROY A. EID
United States Attorney

s/Kevin Traskos
Kevin Traskos
Deputy Chief, Civil Division
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0400
Kevin.Traskos@usdoj.gov

Attorney for Defendant