IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-02396-CMA

FERNANDO BOTELLO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER RESETTING ORAL ARGUMENT

This matter is before the Court *sua sponte*. Due to an error on the Court's calendar, it is

ORDERED that the oral argument set for February 26, 2009 in this case is RESET to **March 10, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

DATED: February  26 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge